594

No. 482. WEISS, COLLECTOR OF INTERNAL REVENUE, *v.* WIENER; and

·No. 483. ROUTZAHN; COLLECTOR OF INTERNAL REVENUE, *v.* WIENER. October 29, 1928. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Mabel Walker Willebrandt,* and *Mr. Clarence M. Charest* for petitioners. *Mr. James S. Y. Ivins* for respondent.

No. 495. ATLANTA AND CHARLOTTE AIR LINE RY. CO. ET AL. *v.* GREEN. October 29, 1928. Petition for writ of certiorari to the Supreme Court of the State of South Carolina granted. *Messrs. S. R. Prince, H. O'B. Cooper, F. G. Tompkins,* and *L. E. Jeffries* for petitioners. *Mr. Horace L. Bomar* for respondent.

No. 198. KARNUTH, DIRECTOR OF IMMIGRATION, ET AL. *v.* UNITED STATES EX REL. ALBRO ET AL. November 19, 1928. The petition for a rehearing is granted. The order entered October 8, 1928, denying the petition for a writ of certiorari in this case is revoked and a writ of certiorari herein is granted. *Solicitor General Mitchell* for petitioners. *Messrs. Preston M. Albro, Charles D. Council,* and *George W. Offutt* for respondents.

No. 481. LUCAS, COLLECTOR OF INTERNAL REVENUE, *v.* ALEXANDER. November 19, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Mabel Walker Willebrandt,* and *Mr. Clarence M. Charest* for petitioner. *Messrs. Elwood Hamilton* and *George V. Triplett* for respondent.